536 A.2d 799

Donald B. SWANK, et al., Respondents,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, Petitioner.

Richard I. RICKERT, et al., Respondents,

v.

MARYLAND CASUALTY COMPANY, Petitioner.

Supreme Court of Pennsylvania.

Feb. 2, 1988.

## ORDER

PER CURIAM.

Petitioners' requests for allowance of appeal are granted. The orders of the Superior Court, 356 Pa.Super. 611, 512 A.2d 730 and 357 Pa.Super. 643, 513 A.2d 1081, are vacated. These cases are remanded to the Superior Court for consideration in light of this Court's decision in *Cunningham v. Insurance Company of North America*, 515 Pa. 486, 530 A.2d 407 (1987).